```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
VISTAJET LIMITED,

                Plaintiff,                     ADOPTION ORDER
                                               20-CV-5902(JS)(SIL)
      -against-

PARAGON JETS LLC d/b/a
PARAGON JETS,

                Defendant.
----------------------------------X
APPEARANCES
For Plaintiff:      Christopher Carlsen, Esq.
                    Nicholas L. Magali, Esq.
                    Clyde & Company US LLP
                    The Chrysler Building
                    405 Lexington Avenue
                    New York, New York 10174

For Defendant:      No appearance.
```

SEYBERT, District Judge:

Plaintiff VistaJet Limited ("Plaintiff") commenced this action against Defendant Paragon Jets LLC ("Defendant"), asserting a breach of contract claim arising out of the parties' agreement concerning private aircraft services. (See generally Compl., ECF No. 1.) In particular, it is alleged that Defendant agreed to purchase aircraft services from Plaintiff and failed to furnish payment for those services in accordance with the parties' agreement. On January 10, 2022, Magistrate Judge Steven I. Locke issued his Report and Recommendation ("R&R"), recommending that the Court grant Plaintiff's motion for entry of default judgment.

(R&R, ECF No. 15.) That same day, Plaintiff served the R&R upon Defendant. (Service Aff., ECF No. 16.)

The time to object has expired and no objections to the R&R have been filed. Upon careful review and consideration, the Court finds Judge Locke's R&R to be comprehensive, well-reasoned, and free of clear error. As such, the Court ADOPTS the R&R in its entirety.

Accordingly, Plaintiff's motion for entry of a default judgment is GRANTED in the total amount of: (1) $149,350 in compensatory damages; (2) $42,948.13 in pre-judgment interest plus per diem interest of $39.73 from the date of this Order until judgment is entered; and (3) post-judgment interest pursuant to 28 U.S.C. § 1961(a). Plaintiff is directed to serve a copy of this Order upon Defendant and to file proof of service on ECF by February 18, 2022. The Clerk of the Court is respectfully directed to enter judgment accordingly and to mark this case CLOSED.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: February 11, 2022
      Central Islip, New York